**Entered on Docket
October 20, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@cox.net E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for EMC MORTGAGE CORPORATION

**E-FILED SEPTEMBER 29, 2009**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CARLOS RODRIGUEZ,<br><br>            Debtor.<br>_____ | Chapter 7<br><br>CASE  NO. S– 09-19802-MKN<br><br>Hearing Date: September 9, 2009<br>Hearing Time: 1:30 p.m.<br><br>Location:    Foley Federal Building<br>                    Courtroom No.  2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of EMC MORTGAGE CORPORATION came on regularly for hearing before this court on September 9, 2009, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby

1  is, granted.

2      IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real

3  property commonly known as 6012 Pebble Beach Blvd., LV NV 89108.

4  SUBMITTED BY:

5  /s/ *Cindy Lee Stock*
CINDY LEE STOCK
6  Nevada Bar No. 803
915 East Bonneville Avenue
7  Las Vegas, Nevada   89101
(702)382-1399
8  Attorney for EMC MORTGAGE CORPORATION

9              RULE 9021 CERTIFICATION:

10  In accordance with Local Rule 9021, counsel for Movant certifies:

11      ____  The Court waived the requirement of approval under LR 9021.

12      ____  No parties appeared or filed written objections, and there is no trustee appointed in the case.

14      _X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

17      BRIAN SHAPIRO, Trustee: _____

18      Approved _____    Disapproved _____    Failed to Respond __X__

19                          # # #

2